SLIP OPINION

Cite as 2014 Ark. 331

# SUPREME COURT OF ARKANSAS

No. D-14-415

| | |
|---|---|
| STARK LIGON, AS EXECUTIVE DIRECTOR OF THE SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT<br><br>PETITIONER<br><br>V.<br><br>KENNETH ALAN HARPER, ARKANSAS BAR NO. 89022<br><br>RESPONDENT | **Opinion Delivered** JULY 31, 2014<br><br>MOTION FOR APPOINTMENT OF SPECIAL JUDGE<br><br><u>SPECIAL JUDGE APPOINTED</u>. |

### PER CURIAM

Stark Ligon, Executive Director of the Arkansas Supreme Court Committee on Professional Conduct, has filed a complaint for disbarment against the respondent, Kenneth Alan Harper.

Pursuant to section 13(A) of the Procedures of the Arkansas Supreme Court Regulating Professional Conduct of Attorneys at Law, a special judge shall be appointed to preside over the disbarment proceedings in the case herein. After hearing all evidence relevant to the alleged misconduct, the judge shall make findings of fact and conclusions of law and recommend an appropriate sanction, and shall file them, along with a transcript and the record of the proceedings, with the clerk of the supreme court.

We hereby appoint the Honorable John Cole as a special judge to hear this matter and

provide the court with findings of fact, conclusions of law, and a recommendation of an appropriate sanction. Upon receipt of the special judge's findings, we will render a decision in this matter.

It is so ordered.